UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>[1]  FRANKIE ANDREW QUINTANILLA,<br>[2]  NYCKOLE DANIEL ROSARIO-SANCHEZ,<br>    aka DANIEL, DANIEL SANCHEZ, DANIEL ROSARIO,<br>[3]  GABRIEL EMANUEL MOYET-SOTO,<br>    aka MOYET,<br>[4]  KIOMAR ABDIEL GOMEZ-RAMIREZ,<br>[5]  MANUEL REFUJIO QUINTANILLA,<br>    aka MANNY,<br>[6]  NATHANIEL DANIEL ANAYA,<br><br>[10] MARTA IRIS RAMIREZ-LOPEZ,<br><br>Defendants. | INDICTMENT<br><br>CRIMINAL NO. 25- 107 (CVR)<br><br>VIOLATIONS:<br><br>21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii), (b)(1)(A)(vi), and 846<br><br>18 U.S.C. §§ 2320(a)(4), (b)(1) and 2<br><br>(Two Counts & Forfeiture Allegation)<br><br> |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
Conspiracy to Possess with Intent to Distribute Controlled Substance
21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(vi), and 846

Beginning on a date unknown, but not later than in or about December 2023, continuing up to and until the return of this Indictment, in the District of Puerto Rico, and within the jurisdiction of this Court,

[1]   FRANKIE ANDREW QUINTANILLA,
[2]   NYCKOLE DANIEL ROSARIO-SANCHEZ,
       aka DANIEL, DANIEL SANCHEZ, DANIEL ROSARIO,
[3]   GABRIEL EMANUEL MOYET-SOTO,
       aka MOYET,
[4]   KIOMAR ABDIEL GOMEZ-RAMIREZ,
[5]    MANUEL REFUJIO QUINTANILLA,
       aka MANNY,
[6]   NATHANIEL DANIEL ANAYA,



[10]  MARTA IRIS RAMIREZ-LOPEZ,

the defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other and other persons, known and unknown to the Grand Jury, to possess with intent to distribute and to distribute four hundred (400) grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4- piperidinyl] propanamide, a Schedule II Narcotic Drug Controlled Substance  All in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(vi), and 846.

## COUNT TWO
**Trafficking in Counterfeit Drugs**
**18 U.S.C. § 2320(a)(4)**

On or about July 2024, in the District of Puerto Rico, and within the jurisdiction of this Court,

**[1] FRANKIE ANDREW QUINTANILLA,**

the defendant herein, aided and abetted by others, known and unknown to the Grand Jury, did knowingly and intentionally traffic in a counterfeit drug, that is N-phenyl-N-[1-(2-

phenylethyl)-4- piperidinyl] propenamide tablets that bore a counterfeit mark, that is, the word "M30." All in violation of 18 U.S.C. §§ 2320(a)(4) & (b)(1), and 2.

**NARCOTICS FORFEITURE ALLEGATION**
**21 U.S.C. § 853**

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

Pursuant to 21 U.S.C. § 853, upon conviction of the controlled substance offense alleged in Count One of this Indictment,

[1]  FRANKIE ANDREW QUINTANILLA,
[2]  NYCKOLE DANIEL ROSARIO-SANCHEZ,
     aka, DANIEL, DANIEL SANCHEZ, DANIEL ROSARIO,
[3]  GABRIEL EMANUEL MOYET-SOTO, aka MOYET,
[4]  KIOMAR ABDIEL GOMEZ-RAMIREZ,
[5]  MANUEL REFUJIO QUINTANILLA,
     aka MANNY,
[6]  NATHANIEL DANIEL ANAYA,



[10] MARTA IRIS RAMIREZ-LOPEZ,

the defendants herein, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

W. Stephen Muldrow
United States Attorney

TRUE BILL

_____
Max Pérez-Bouret
Assistant United States Attorney, Chief
Transnational Organized Crime Section

FOREPERSON

Date: March-5-2025

_____
María L. Montañez-Concepción
Assistant U.S. Attorney, Deputy Chief
Transnational Organized Crime Section

_____
Helena B. Daniel
Special Assistant United States Attorney